WALTER JANVIER, INC., Respondent, *v.* WALTER C. BAKER, Defendant, and HENRY A. TREMAINE, Appellant.

WALTER JANVIER, INC., Respondent, *v.* THE CLINICAL LABORATORIES COMPANY, Appellant.

(Argued May 12, 1932; decided June 1, 1932.)

*Harold R. Medina, F. A. W. Ireland, William F. McNulty* and *G. Kenneth Brown* for appellants.

*Jacob J. Aronson* and *Henry L. Schaefer* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.